In the Matter of the Estate of HANNAH M. LYDIG, Deceased.*

Surrogate's Court, New York County, May 15, 1933.

*Stewart & Shearer*, for the United States Trust Company of New York, executor, etc., of the decedent.

*Abram Glaser*, special guardian for infants Julia D. McIlvaine and Diana McIlvaine, appellants.

*Henry B. Closson*, for Elizabeth Ellen Richardson and others, appellants.

*Joseph Potts*, for Tompkins, McIlvaine and others, appellants.

*Evarts, Choate, Sherman & Leon*, for Edward P. and Mary F. Beckwith, as executors, etc., respondents.

* But see *Matter of Watson* (149 Misc. 235). See, also, 145 id. 321.

*Winthrop, Stimson, Putnam & Roberts*, for the Lenox Library Association, respondent.

*Harrison, Elliott & Byrd*, for the Society of St. Johnland and others, respondents.

*Barry, Wainwright, Thacher & Symmers*, for the American Society for the Prevention of Cruelty to Animals, respondent.

*Gerald Donovan*, for the New York Society for the Prevention of Cruelty to Children, respondent.

*Jackson, Fuller, Nash & Brophy*, for the St. Luke's Home for Aged Women, respondent.

*George H. Fox*, for the St. Mary's Hospital for Children, Inc., and Bide-a-Wee Home Association, Inc., respondents.

*George N. Whittlesey*, for the Children's Aid Society, respondent.

*Milbank, Tweed, Hope & Webb*, for the New York Association for Improving the Condition of the Poor, respondent.

*King, Barr & Robbins*, for the St. Luke's Hospital in the City of New York, respondent.

*Walter W. Law*, for the Little Missionary's Day Nursery, respondent.

*Butler, Wyckoff & Reid*, for the Stuyvesant Square Hospital, etc., respondent.

*Sage & Schoonmaker*, for the Young Men's Christian Association of the City of New York, respondent.

*Curtis, Fosdick & Belknap*, for the Young Women's Christian Association of the City of New York, respondent.

*Zabriskie, Sage, Gray & Todd*, for the Prison Association of New York, respondent.

*Olvany, Eisner & Donnelly*, for the Honor Emergency Fund of the Fire Department of the City of New York, respondent.

*Armin H. Mittlemann*, for James Eckford DeKay.

FOLEY, S. Costs taxed. No allowance for counsel fees after appeal can be made except to an executor, administrator, guardian or trustee. (Surr. Ct. Act, § 278.) In my opinion the provision of section 278, authorizing the surrogate to make an allowance for counsel fees where a construction of a will is involved, applies only to the original decree in such proceeding.

Insert appropriate amounts in order on remittitur and resubmit the same for signature.